**IT IS SO ORDERED**



ENTERED UNDER ADMINISTRATIVE ORDER NO. 02–10:
JOSIAH C. SELL, CLERK OF COURT

BY: /s/ <u>Leslie I. Smith</u>
      **Deputy Clerk**

**Dated: April 26, 2021**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **In re:**<br>James Joseph Waligora<br>235 Lynne Dr<br>Sheffield Lake, OH 44054<br><br>Karley Elise Waligora<br>235 Lynne Dr<br>Sheffield Lake, OH 44054 | **Case Number:** 21–11388–aih<br><br>**Chapter:** 7 |

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

After considering the Application for Individuals to Pay the Filing Fee in Installments (Official Form B 103A), the court orders that:

☐ The debtor(s) may pay the filing fee in installments on the terms proposed in the application.

☑ The debtor(s) must pay the filing fee according to the following terms:

        $ 60.00 Paid on April 20, 2021

        $ 93.00 on or before May 21, 2021

        $ 93.00 on or before June 21, 2021

        $ 92.00 on or before August 18, 2021

        **Total:** $ 338.00

Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or anyone else for services in connection with this case. Installment payments must be submitted to the U.S. Bankruptcy Court, Howard M. Metzenbaum U.S. Courthouse, 201 Superior Avenue, Cleveland OH, 44114–1235 no later than the payment deadline(s) of this order.

Payments must be submitted in the form of a money order or cashier's check payable to **Clerk, U.S. Bankruptcy Court.** Personal checks are not acceptable.

Cash payments in the exact amount may be submitted from 9:00 a.m. until 4:00 p.m. in the court's Intake Department.

**Form: ohnb 114 (12/16)**